THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY F. BURGHARDT, Appellant.— Motion granted and time for filing and serving respondent's brief enlarged to August 20, 1962, upon condition that appeal is argued at September 1962 Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURNEY, Appellant.— Motion to argue or submit appeal on June 27, 1962 denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT COHEN, Appellant.— Motion granted and order dismissing appeal vacated; case added to September 1962 Term Calendar; respondent directed to file and serve brief on or before August 24, 1962.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHN DABEK, Respondent.— Motion granted and time for argument of appeal enlarged to include September 1962 Term, upon condition that appellant's brief is filed and served on or before August 1, 1962.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DANIELS, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS R. DEY, Appellant.— Motion granted and time for filing and serving respondent's brief enlarged to August 1, 1962.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER EDWARDS, Appellant.— Motion for withdrawal of assigned counsel and for assignment of new counsel denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL JAMES GORNEY, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before August 1, 1962.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURIE J. CARPENTER, Appellant, v. JAMES H. MURPHY, as Assistant Director of Willard State Hospital, Respondent.— Motion granted to prosecute appeal on original papers and five handwritten copies of appellant's brief.

GUY FITTIPALDI et al., Appellants, v. EDWARD J. LEGASSIE et al., Respondents.— Motion granted to prosecute appeal on typewritten records and appellant's briefs; appeal dismissed unless records and briefs are filed and served on or before September 19, 1962.

In the Matter of BENJAMIN FRANKLIN, Petitioner, v. STATE LIQUOR AUTHORITY, Appellant.— Motion to dismiss appeal denied.

IRVING AIR CHUTE CO., INC., Appellant, v. UNEXCELLED CHEMICAL CORP. et al., Respondents.— Appeal dismissed unless records and brief are filed and served on or before August 1, 1962.— Motion to dismiss appeal as moot and academic may be renewed upon the argument of the appeal.

In the Matter of ANGELO MANTIONE, Respondent.— Motion granted to prosecute appeal on original papers.

JOHN MOLINARI, Appellant, v. GARDEN PARTY HOUSE, INC., Respondent.— Motion granted to prosecute appeal on original record on appeal; time for filing record and briefs extended to September 17, 1962.

GEORGE A. REYNOLDS, as Administrator of the Estate of SUZAN REYNOLDS, Deceased, Appellant, v. CAROL CASTOR et al., Respondents.— Motion granted and appeal dismissed.

JOHN LASOSKI, Respondent, v. WALDO S. DE MERS, Appellant.— Motion granted and order dismissing appeal vacated, upon condition that appellant's briefs are filed and served on or before August 1, 1962.